■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAHINE WRIGHT, Appellant. [880 NYS2d 483]—Judgment, Supreme

Court, New York County (Richard D. Carruthers, J., at hearing; Daniel P. FitzGerald, J., at plea and sentence), rendered March 3, 2008, convicting defendant of assault in the first degree, and sentencing him, as a second felony offender, to a term of eight years, unanimously affirmed.

The court properly found, by clear and convincing evidence, that although a lineup had been suppressed on right to counsel grounds, the victim could make an in-court identification of de-fendant based upon an independent source (*see e.g. People v Robinson*, 8 AD3d 95 [2004], *lv denied* 3 NY3d 742 [2004]). There is no basis for disturbing the court's determinations concerning credibility. The victim had seen defendant numerous times in the neighborhood, and had an ample opportunity to observe him during a 20-minute incident that included several conversations between the two men, and ended when defendant shot the victim.

The surcharges and fees were properly imposed (*see People v Guerrero*, 12 NY3d 45 [2009]). Concur—Andrias, J.P., Catterson, Renwick, DeGrasse and Freedman, JJ.